IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TOBIAS JARRETT                                                                        PETITIONER
Reg. # 14812-026

V.                                            2:11-CV-00170-JJV

T. C. OUTLAW, Warden,                                                           RESPONDENT
FCC Forrest City, AR

## ORDER

    Before the Court is Mr. Jarrett's 28 U.S.C. § 2241 Petition (Doc. No. 1). Respondent states that "[a]s a result of the investigation of his claims . . . [Mr. Jarrett] was released from federal custody on October 18, 2011," making the Petition moot. (Doc. No. 7.) Thus it appears Petitioner has obtained the relief he was seeking through this habeas action. If Petitioner seeks additional relief not yet obtained, he should respond to this Order and state the relief he seeks. Failure to respond to this Order within thirty (30) days will result in the Petition being dismissed without prejudice.

    IT IS SO ORDERED this 26th day of January, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1